```
BINGHAM MCCUTCHEN LLP
ROSS E. CAMPBELL (SBN 75998)
ross.campbell@bingham.com
BETH MCGOWEN (SBN 148747)
beth.mcgowen@bingham.com
KATHARINE L. WEST (SBN 191284)
katharine.west@bingham.com
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:  (650) 849-4400
Facsimile:  (650) 849-4800

Attorneys for Defendants GOOD SAMARITAN
HOSPITAL and GOOD SAMARITAN HOSPITAL
MEDICAL STAFF
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA        *E-FILED - 9/20/06*

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, M.D.,<br><br>             Plaintiff,<br><br>    v.<br><br>GOOD SAMARITAN HOSPITAL and GOOD SAMARITAN HOSPITAL MEDICAL STAFF,<br><br>             Defendants. | No. C-04-00874 RMW<br><br>STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER<br><br>Date:      October 6, 2006<br>Time:      9:00 a.m.<br>Place:     Courtroom 6<br>Judge:     Hon. Ronald M. Whyte<br><br>Trial Date:  February 5, 2007 |

1       WHEREAS, this Court set Defendants' Motion for Summary Judgment for
2 hearing on August 11, 2006;

3       WHEREAS, this Court requested Defendants' Motion for Summary Judgment be
4 re-noticed for August 18, 2006;

5       WHEREAS, Plaintiff filed a Request For Order Changing Time with this Court
6 on July 14, 2006;

7       WHEREAS, this Court granted Plaintiff's Request For Order Changing Time On
8 August 8, 2006 and thereby reset the last day for hearing dispositive motions in this matter to
9 Friday, December 8, 2006;

10       WHEREAS, there have been no other previous modifications of time requested or
11 granted as to this motion;

12       WHEREAS, this stipulated request to continue the hearing date for Defendants'
13 Motion for Summary Judgment is being filed in conformance with Civil Local Rule 6-2 in that it
14 does not affect the date of any other event or deadline already fixed by Court order;

15       WHEREAS, Plaintiff has requested additional time to respond to the issues raised
16 in Defendants' Motion for Summary Judgment, and Defendants do not dispute that additional
17 time is reasonable and appropriate;

18
19
20
21
22
23
24
25       [CONTINUED ON NEXT PAGE]
26

1       NOW THEREFORE, Plaintiff and Defendants herein through their counsel of
2 record hereby stipulate that:
3       1.    The hearing on Defendants' Motion for Summary Judgment shall be
4 continued to October 6, 2006 at 9:00 a.m.; and
5       2.    Plaintiff shall serve and file its Opposition to Defendants' Motion for
6 Summary Judgment on or before September 15, 2006, and Defendants' Reply shall be served
7 and filed on or before September 22, 2006.
8 DATED: August 22, 2006
9
10                            BINGHAM MCCUTCHEN LLP
11
12                            By: _____
13                               FR / KATHARINE L. WEST
                                Attorneys for Defendants
14 DATED: August 22, 2006
15
16                            HENNEFER & WOOD
17
18                            _____
19                               JAMES A. HENNEFER
                                Attorneys for Plaintiff
20       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
21
22 DATED: ~~August~~ _20_ 2006
       Sept.
23                               /s/ Ronald M. Whyte
                              _____
24                               HON. RONALD M. WHYTE
                              United States District Court Judge
25
26