James A. Hennefer (CSB# 059490)
jhennefer@hennefer-wood.com
HENNEFER & WOOD
425 California Street, 19th Floor
San Francisco, CA 94104-2296
Telephone: (415) 421-6100
Facsimile:  (415) 421-1815

Attorneys for Plaintiff
RICHARD B. FOX, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> GOOD SAMARITAN HOSPITAL and GOOD SAMARITAN HOSPITAL MEDICAL STAFF, <br><br> Defendants. | No.  C-04-00874 RMW <br><br> STIPULATED REQUEST FOR ORDER CHANGING TIME and <br><br> ORDER CHANGING TIME <br><br> Local Rules 6-1(b),  6-2 and 7-12 <br><br> Date:   October 6, 2006 <br> Time:   9:00 a.m. <br> Place:  Courtroom 6 <br> Judge:  Honorable Ronald M. Whyte |

Plaintiff Richard B. Fox, M.D. and defendants Good Samaritan Hospital and Good Samaritan Hospital Medical Staff, through their respective counsel, hereby submit to the Court this stipulated request for an order changing time for: (1) the filing of plaintiff's opposition to defendants' motion for summary judgment, from September 15, 2006 to September 18, 2006; and (2) the filing of defendants' reply from September 22, 2006 to September 25, 2006. This request is submitted pursuant to Local Rule 6-1(b) which requires that: "[a] Court order is required for any enlargement . . . of time that . . . involves papers required to be filed or lodged with the Court;" and Local Rule 6-2 which states that: "[t]he parties may file a stipulation, conforming to Civil L.R. 7-

---

*Fox v. Good Samaritan,* Case No. C 04 00874 RMW
STIPULATED REQUEST FOR ORDER CHANGING TIME
ORDER                              - 1 -

1  12, requesting an order changing time that would affect the date of an event . . that . . . would
2  extend time frames set in the Local Rules . . . ."

3   (1) Local Rule 6-2(a)(1), Reasons for Requested Changes of Time.  As set out in the
4  accompanying declaration of James A. Hennefer, counsel for plaintiff, the reasons for rescheduling
5  of the briefing for plaintiff's opposition to defendants' summary judgment motion and the reply
6  are: (1) as to the opposition pleadings, a crash of the computer network drive in plaintiff's
7  counsel's office, apparently due to a faulty network card, has made pleadings on such network
8  unaccessible and unavailable until they can be recovered or reconstructed; and (2) a corresponding
9  extension of defendants' reply brief had been agreed to in order to allow defendants' the normal
10 time for such reply.

11   (2) Local Rule 6-2(a)(2), Previous Time Modifications.  As also set out in the
12 accompanying declaration of James A. Hennefer, counsel for plaintiff, the previous time
13 modifications in the case, with the dates they were filed and the dates orders were granted, and
14 with the docket numbers for their filing have been: 5/13/2004, docket no. 13 (stipulation and order
15 continuing hearing on motion for partial judgment on the pleading or partial summary judgment);
16 12/10/2004, docket no. 33 (stipulation and order continuing hearing on motion for judgment on the
17 pleadings or, in the alternative, partial judgment on the pleadings); 03/22/2005, docket no. 59
18 (administrative motion to continue hearing on plaintiff's motion for preliminary injunction and to
19 continue case management conference); 04/28/2006, docket no. 77 (stipulation and order re motion
20 for leave to file a first amended complaint); and, 07/14/2006 and 08/08/2006, docket nos. 104 and
21 105 (unopposed motion to continue and order thereon).

22   (3) Local Rule 6-2(a)(3), Effect on Case Schedule.  The requested rescheduling of the
23 briefing would not change any other currently scheduled dates in the case.

24

25   WHEREFORE, the plaintiffs and defendants respectfully request that: (1) the time for the
26 filing of plaintiff's opposition to defendants' motion for summary judgment be changed from
27 September 15, 2006 to September 18, 2006; and (2) the time for the filing of defendants' reply be
28

1  changed from September 22, 2006 to September 25, 2006.

3  Dated: September 14, 2006                    HENNEFER & WOOD

4                                                /s/ James A. Hennefer

5                                              By_____
                                                  James A. Hennefer
6                                                 Attorneys for Plaintiff

8  Dated: September 14, 2006                    BINGHAM McCUTCHEN

9                                                /s/ Samantha Reardon

10                                             By_____

11                                                Attorneys for Defendants

13  **DECLARATION IN SUPPORT OF STIPULATED REQUEST**

15  I , James A. Hennefer, declare as follows:

       1.    I am counsel for plaintiff herein, Richard B. Fox, M.D.

       2.    This declaration is made in support of the within stipulated request that: (1) the time for the filing of plaintiff's opposition to defendants' motion for summary judgment be changed from September 15, 2006 to September 18, 2006; and (2) the time for the filing of defendants' reply be changed from September 22, 2006 to September 25, 2006.

       3.    The previous time modifications in the case, with the previous time modifications in the case, with the dates they were filed and the dates orders were granted, have been: 5/13/2004, docket no. 13 (stipulation and order continuing hearing on motion for partial judgment on the pleading or Partial summary judgment); 12/10/2004, docket no. 33 (stipulation and order continuing hearing on motion for judgment on the pleadings or, in the alternative, partial judgment on the pleadings); 03/22/2005, docket no. 59 (administrative motion to continue hearing on plaintiff's motion for preliminary injunction and to continue case management conference);

---
*Fox v. Good Samaritan,* Case No. C 04 00874 RMW
STIPULATED REQUEST FOR ORDER CHANGING TIME
ORDER                - 3 -

04/28/2006, docket no. 77 (stipulation and order re motion for leave to file a first amended complaint); and, 07/14/2006 and 08/08/2006, docket nos. 104 and 105 (unopposed motion to continue and order thereon).

4. On September 12, 2006 our offices began to experience trouble with our office's computer network drive. This drive handles our internet connections, emails and it processes, stores and backs-up word processing documents.  These word processing documents included the declarations and pleadings required to be filed in opposition to defendants' motion for summary judgment in this case on September 15, 2006.

5. The trouble with the network first manifested itself as a shut down of email and internet connections, which are routed through the network server.  A PC technician was called in immediately to trouble-shoot the network problems with email and internet connections and worked on the system on September 13, 2006.  However, it became apparent on the evening of September 13 and the morning of September 14 that the server problem extended to word processing documents that are processed, stored and backed-up on the network drive.  This made the documents and the back-ups inaccessible.  I was told by the Corel Word Perfect help desk upon inquiry this morning that the symptoms appear to derive from a faulty network card.  The PC technician is scheduled to come in again this afternoon and will attempt to access the documents and/or back-ups. Otherwise, the inaccessible or lost documents will have to be reconstructed before they can be filed.   This has necessitated the present stipulated request for an order changing the time for filing such documents.

6. The foregoing is known to me of my own personal knowledge, except where otherwise indicated, and if called I could and would competently testify thereto.

Sworn to, this 14th  day of September 2006, under penalty of perjury, pursuant to the laws of the State of California at San Francisco, California.

/s/ James A. Hennefer

_____

James A. Hennefer

---

*Fox v. Good Samaritan,* Case No. C 04 00874 RMW
STIPULATED REQUEST FOR ORDER CHANGING TIME ORDER         - 4 -

**ORDER**

The foregoing stipulated request for order changing time having been presented by the parties and supported by the declaration of James A. Hennefer; and, good cause having been shown the Court hereby orders that: (1) the time for the filing of plaintiff's opposition to defendants' motion for summary judgment be changed from September 15, 2006 to September 18, 2006; and (2) the time for the filing of defendants' reply be changed from September 22, 2006 to September 25, 2006.

IT IS SO ORDERED

Dated: September _20_ , 2006

　　　　　　　　　　　　　　　　　　　　　　　____ /s/ Ronald M. Whyte _____

　　　　　　　　　　　　　　　　　　　　　　　　　Judge Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

---

*Fox v. Good Samaritan,* Case No. C 04 00874 RMW
STIPULATED REQUEST FOR ORDER CHANGING TIME
ORDER             - 5 -