1   BINGHAM MCCUTCHEN LLP
    ROSS E. CAMPBELL (SBN 75998)
2   *ross.campbell@bingham.com*
    BETH MCGOWEN (SBN 148747)
3   *beth.mcgowen@bingham.com*
    KATHARINE L. WEST (SBN 191284)
4   *katharine.west@bingham.com*
    1900 University Avenue
5   East Palo Alto, CA 94303-2223
    Telephone: (650) 849-4400
6   Facsimile: (650) 849-4800

7   Attorneys for Defendants GOOD SAMARITAN
    HOSPITAL and GOOD SAMARITAN HOSPITAL
8   MEDICAL STAFF

9                   UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                         SAN JOSE DIVISION
12                                              *E-FILED - 10/10/06*

13  RICHARD B. FOX, M.D.,              No. C-04-00874 RMW
14          Plaintiff,                 STIPULATION TO CONTINUE
                                       HEARING ON DEFENDANTS'
15      v.                             MOTION FOR SUMMARY
                                       JUDGMENT AND [PROPOSED]
16  GOOD SAMARITAN HOSPITAL and GOOD   ORDER
    SAMARITAN HOSPITAL MEDICAL STAFF,
17                                     Date:   November 3, 2006
            Defendants.                Time:   9:00 a.m.
18                                     Place:  Courtroom 6
                                       Judge:  Hon. Ronald M. Whyte
19
20                                     Trial Date: February 5, 2007

21

22

23

24

25

26

---

STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND
[PROPOSED] ORDER

PA/52189919.1/2019871-2198710013

1  WHEREAS, Plaintiff filed a Request For Order Changing Time with this Court
2  on July 14, 2006;
3  WHEREAS, this Court granted Plaintiff's Request For Order Changing Time On
4  August 8, 2006 and thereby reset the last day for hearing dispositive motions in this matter to
5  Friday, December 8, 2006;
6  WHEREAS, this Court set Defendants' Motion for Summary Judgment for
7  hearing on August 11, 2006;
8  WHEREAS, this Court requested Defendants' Motion for Summary Judgment be
9  re-noticed for August 18, 2006;
10  WHEREAS, the Parties stipulated and requested that the hearing on Defendants'
11  Motion for Summary Judgment be continued until October 6, 2006;
12  WHEREAS, this Court granted the Parties' request and set Defendants' Motion
13  for Summary Judgment for hearing on October 6, 2006;
14  WHEREAS, this Court ordered the hearing on Defendants' Motion for Summary
15  Judgment be continued to October 20, 2006;
16  WHEREAS, Counsel for Defendants is unavailable on October 20, 2006;
17  WHEREAS, Counsel for Defendants notified Plaintiff's Counsel regarding this
18  Court's Order continuing the hearing to October 20, 2006 and informed him of Defendants'
19  Counsel's unavailability on that day;
20  WHEREAS, Plaintiff's Counsel agreed to continue the date to November 3, 2006;
21  WHEREAS, this stipulated request to continue the hearing date for Defendants'
22  Motion for Summary Judgment is being filed in conformance with Civil Local Rule 6-2 in that it
23  does not affect the date of any other event or deadline already fixed by Court order;
24  WHEREAS, this stipulated request to continue the hearing date for Defendants'
25  Motion for Summary Judgment will not effect the filing of any papers related thereto;
26

1    NOW THEREFORE, Plaintiff and Defendants herein through their counsel of
2  record hereby stipulate that the hearing on Defendants' Motion for Summary Judgment shall be
3  continued to November 3, 2006 at 9:00 a.m.; and

4
   DATED: October 4, 2006
5

6                              BINGHAM MCCUTCHEN LLP

7

8
                         By:      /s/ Katharine L. West
9                                 KATHARINE L. WEST
                                  Attorneys for Defendants
10
   DATED: October 4, 2006
11

12                              HENNEFER & WOOD

13

14
                                  /s/ James Hennefer
15                                JAMES A. HENNEFER
                                  Attorneys for Plaintiff
16

17       PURSUANT TO STIPULATION, IT IS SO ORDERED.

18  DATED: October 10 2006

19
                              /s/ Ronald M. Whyte
20                         _____
                              HON. RONALD M. WHYTE
21                            United States District Court Judge

22

23

24

25

26