| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | ROSS E. CAMPBELL (SBN 75998) |
| 2 | *ross.campbell@bingham.com* |
| | BETH MCGOWEN (SBN 148747) |
| 3 | *beth.mcgowen@bingham.com* |
| | KATHARINE L. WEST (SBN 191284) |
| 4 | *katharine.west@bingham.com* |
| | 1900 University Avenue |
| 5 | East Palo Alto, CA  94303-2223 |
| | Telephone:  (650) 849-4400 |
| 6 | Facsimile:  (650) 849-4800 |
| 7 | Attorneys for Defendants GOOD SAMARITAN |
| | HOSPITAL and GOOD SAMARITAN HOSPITAL |
| 8 | MEDICAL STAFF |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 5/2/07*

| | |
|---|---|
| RICHARD B. FOX, M.D., | No. C-04-00874 RMW |
| Plaintiff, | [] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME |
| v. | |
| GOOD SAMARITAN HOSPITAL and GOOD SAMARITAN HOSPITAL MEDICAL STAFF, | Date:     N/A |
| Defendants. | Time:     N/A |
| | Place:    Courtroom 6 |
| | Judge:    Hon. Ronald M. Whyte |
| | Trial Date:  May 16, 2007 |

1  The foregoing Stipulated Request for Order Changing Time, having been
2  presented jointly by Defendants Good Samaritan Hospital and Good Samaritan Hospital Medical
3  Staff and Plaintiff Richard B. Fox M.D., being supported by the Declaration of Katharine L.
4  West, and good cause having been shown, the Court hereby vacates the trial date of May 16,
5  2007 and the pretrial dates set in this Court's Order of January 18, 2007.  (Docket No. 144).
6  **IT IS SO ORDERED.**

DATED:  May 2, 2007

*Ronald M. Whyte*
_____
HON. RONALD M. WHYTE
United States District Court Judge

The Court resets the following dates:

Jury Trial -
10/1/07 @ 1:30 p.m.
Pretrial Conference -
9/20/07 @ 2:00 p.m.
Filing of Joint Pretrial Statement -
9/7/07
Last Day to Hear Dispositive Motions -
8/24/07 @ 9:00 a.m.
Close of Fact & Disclosure of Experts -
7/13/07
Close of Expert Discovery -
8/10/07