| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP<br>ROSS E. CAMPBELL (SBN 75998) |
| 2 | *ross.campbell@bingham.com*<br>BETH McGOWEN (SBN 148747) |
| 3 | *beth.mcgowen@bingham.com*<br>1900 University Avenue |
| 4 | East Palo Alto, CA  94303-2223<br>Telephone:  (650) 849-4400 |
| 5 | Facsimile:  (650) 849-4800 |
| 6 | Attorneys for Defendants GOOD SAMARITAN<br>HOSPITAL and GOOD SAMARITAN HOSPITAL |
| 7 | MEDICAL STAFF |
| 8 | JAMES A. HENNEFER (SBN 059490)<br>*jhennefer@hennefer-wood.com* |
| 9 | HENNEFER & WOOD<br>425 California Street, 19th Floor |
| 10 | San Francisco, CA 94104-2296<br>Telephone:  (415) 421-6100 |
| 11 | Facsimile:  (415) 421-1815 |
| 12 | Attorneys for Plaintiff RICHARD B. FOX, M.D. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION      *E-FILED - 9/12/07*

| | |
|---|---|
| RICHARD B. FOX, M.D.,<br><br>    Plaintiff,<br>  v.<br><br>GOOD SAMARITAN HOSPITAL and GOOD SAMARITAN HOSPITAL MEDICAL STAFF,<br><br>    Defendants. | No. C-04-00874 RMW<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME<br><br>Date:     N/A<br>Time:    N/A<br>Place:    Courtroom 6<br>Judge:   Hon. Ronald M. Whyte<br><br>Trial Date:   October 1, 2007 |

No. C-04-00874 RMW

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME

A/72163608.3

1    The foregoing Stipulated Request for Order Changing Time, having been
2 presented jointly by Defendants Good Samaritan Hospital and Good Samaritan Hospital Medical
3 Staff and Plaintiff Richard B. Fox M.D., being supported by the Declaration of Beth McGowen,
4 and good cause having been shown, the Court hereby vacates the trial date of October 1, 2007
5 and the pretrial dates set in this Court's Order of May 2, 2007.  (Docket No. 147).  A Case
6 Management Conference is hereby scheduled for *10/26/07 @ 10:30 AM*____. ~~A jury trial is~~
7 ~~scheduled for xxxxxxxxxxxxxxxxxxxxxxxxxx~~.
8 **IT IS SO ORDERED.**
9
10 DATED:  Sept. 10, 2007

*Ronald M. Whyte*
_____
11              HON. RONALD M. WHYTE
12              United States District Court Judge