James A. Hennefer (SBN 059490)
Joseph Wood (SBN 103596)
HENNEFER, FINLEY & WOOD
425 California Street, 19th Floor
San Francisco, CA 94104-2296
Telephone: (415) 421-6100
Facsimile: (415) 421-1815

Attorneys for Plaintiff

***E-FILED - 9/27/07***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, M.D.,<br><br>    Plaintiff,<br><br>    vs.<br><br>GOOD SAMARITAN HOSPITAL and<br>GOOD SAMARITAN HOSPITAL<br>MEDICAL STAFF,<br><br>    Defendants. | No. C- 04-00874 RMW<br><br>[] ORDER GRANTING<br>PLAINTIFF'S ADMINISTRATIVE<br>REQUEST TO FILE UNDER SEAL<br><br>Date:      N/A<br>Time:     N/A.<br>Place:    Courtroom 6<br>Judge:   Hon. Ronald M. Whyte |

1. Plaintiff Richard B. Fox, M.D. ("Plaintiff") having requested an Order sealing the following document:

A) Appendix A to the Preliminary Trial Brief of Plaintiff ;

containing information pertaining to the applications for privileges of non-party physicians, confidential commercial information of non-party hospitals and patient names, and thus being "Confidential" under the Protective Order; pursuant to Civil Local Rules 7-11 and 79-5 and the Stipulated Protective Order ("Protective Order") signed by Judge Patricia V. Trumbull on July 5, 2005;

2. This request having been supported by the declaration of James A. Hennefer;

*Fox v. Good Samaritan Hospital, et al.*
[] Order Granting
Plaintiff's Administrative Request to File Under Seal

Case No. C-04-00874 RMW

- 1 -

3. This request being unopposed by Defendants Good Samaritan Hospital and Good Samaritan Medical Staff; and

4. Good cause having been shown for this order.

**IT IS HEREBY ORDERED**

1. That Plaintiff's request to seal the following document is granted:

A) Appendix A to the Preliminary Trial Brief of Plaintiff ;

**IT IS SO ORDERED**

Dated: September  27  , 2007

_____
Judge Ronald M. Whyte
United States District Court Judge

*Fox v. Good Samaritan Hospital, et al.*
[] Order Granting
Plaintiff's Administrative Request to File Under Seal

Case No. C-04-00874 RMW