BINGHAM MCCUTCHEN LLP
ROSS E. CAMPBELL (SBN 75998)
*ross.campbell@bingham.com*
BETH MCGOWEN (SBN 148747)
*beth.mcgowen@bingham.com*
1900 University Avenue
East Palo Alto, CA 94303-2223
Telephone: (650) 849-4400
Facsimile: (650) 849-4800

Attorneys for Defendants
GOOD SAMARITAN HOSPITAL and GOOD
SAMARITAN HOSPITAL MEDICAL STAFF

*E-FILED - 9/27/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, M.D., <br><br> Plaintiff, <br><br> v. <br><br> GOOD SAMARITAN HOSPITAL and GOOD SAMARITAN HOSPITAL MEDICAL STAFF, <br><br> Defendants. | No. C04 00874 RMW <br><br> [ ] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL <br><br> Date: N/A <br> Time: N/A <br> Place: Courtroom 6 <br> Judge: Hon. Ronald M. Whyte |

No. C04 00874 RMW

[] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL

A/72212101.1

| | |
|---|---|
| 1 | The Court considered the unopposed Administrative Request to File Under Seal |
| 2 | portions of the Preliminary Trial Brief of Plaintiff under seal. For good cause appearing: |
| 3 | IT IS HEREBY ORDERED that the Administrative Request is GRANTED. The |
| 4 | following portions of the Preliminary Trial Brief of Plaintiff shall be filed under seal: |
| 5 | 8:16-28; 9:27-28; 10:1-3; 10:22-28; 11:1-3; 11:7-8; 11:14-15; 11:17-23; 12:17-21; 13:3-5; 13:7-9; 13:15-28; 14:6-7; 14:10-13; |
| 6 | 14:23-26; 15:5-11; 15:13-26; 16:2-6; 19:3-4; 19:18-26; 32:18-19. |

DATED: September 27, 2007

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge