HENNEFER, FINLEY & WOOD
James A. Hennefer (CSB# 059490)
    jhennefer@hennefer-wood.com
425 California Street, 19th Floor
San Francisco, CA 94104-2296
Telephone: (415) 421-6100
Facsimile:  (415) 421-1815

Attorneys for Plaintiff
RICHARD B. FOX, M.D.


BINGHAM MCCUTCHEN LLP
Ross E. Campbell (SBN 075998)
    ross.campbell@bingham.com
Beth McGowen (SBN 148747)
    beth.mcgowen@bingham.com
1900 University Avenue
East Palo Alto, CA 94303-2223
Telephone: (650) 849-4400
Facsimile: (650) 849-4800

Attorneys for Defendants
GOOD SAMARITAN HOSPITAL, LP; SAMARITAN,
LLC, named as GOOD SAMARITAN HOSPITAL, LLC, and
GOOD SAMARITAN HOSPITAL MEDICAL STAFF

(Attorneys Continued on Next Page)

*E-FILED - 12/10/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RICHARD B. FOX, M.D., | ) | No.  C-04-00874 RMW |
| Plaintiff, | ) ) | STIPULATION AND [] ORDER TO SUBMIT CASE FOR ALL PURPOSES |
| vs. | ) ) | TO MAGISTRATE JUDGE |
| GOOD SAMARITAN HOSPITAL LP, GOOD SAMARITAN HOSPITAL LLC, GOOD SAMARITAN HOSPITAL MEDICAL STAFF, and HCA, Inc. | ) ) ) ) ) | Date:  N/A Time:  N/A Place: Courtroom 6 Judge: Honorable Ronald M. Whyte |
| Defendants. | ) | |

| | |
|---|---|
| 1 | SHANNON, MARTIN, FINKELSTEIN & ALVARADO, PC |
| | George A. Shannon, Jr. (*Pro Hac Vice*) |
| 2 | gshannon@smfs.com |
| | 2400 Two Houston Center |
| 3 | 909 Fannin Street |
| | Houston, Texas 77010 |
| 4 | Telephone: (71) 3646-5555 |
| | Facsimile: (713) 752-0337 |
| 5 | |
| | Attorneys for Defendant |
| 6 | HCA, INC. |

STIPULATION AND [ ] ORDER  *Fox v. Good Samaritan,* Case No. C 04 00874 RMW
TO SUBMIT CASE FOR ALL PURPOSES TO MAGISTRATE JUDGE

-2-

Plaintiff Richard B. Fox. ("Dr. Fox"), and, defendants Good Samaritan Hospital LP, Samaritan LLC (named as Good Samaritan Hospital LLC), Good Samaritan Hospital Medical Staff, and, HCA, Inc., comprising all parties to this action, by and through their undersigned counsel, hereby stipulate as follows.

1. In accordance with the provisions of 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73-1(b), and this Court's General Order No.42, and, subject to paragraph 2 of this stipulation, the undersigned parties to the above-captioned civil matter hereby waive their right to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case (including trial) and entry of final judgment.

2. The undersigned parties stipulate to the designation of Magistrate Judge Richard Seeborg as the Magistrate Judge to whom this case will be assigned by the Court to conduct all further proceedings in the case, including trial. With regard to the motions pending before the Court, defendants request and plaintiff agrees, subject to the Court's discretion, that Judge Whyte should hear oral argument and rule on Good Samaritan Hospital LP, Samaritan LLC's and Good Samaritan Hospital Medical Staff's Motion for Certification of Order for Appeal Pursuant to 28 U.S.C. Section 1292(b).

3. Any appeal from a judgment of the Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court, in accordance with 28 U.S.C. §636(c)(3).

Dated: December 7, 2007          HENNEFER, FINLEY & WOOD

                                 By   /s/James A. Hennefer
                                        James A. Hennefer

                                 Attorneys for Plaintiff
                                 Richard B. Fox, M.D.

STIPULATION AND [] ORDER                                    *Fox v. Good Samaritan,* Case No. C 04 00874 RMW
TO SUBMIT CASE FOR ALL PURPOSES TO MAGISTRATE JUDGE

-3-

| | | |
|---|---|---|
| 1 | Dated: December 7, 2007 | BINGHAM MCCUTCHEN |
| 2 | | |
| 3 | | By   /s/Beth McGowen<br>Beth McGowen |
| 4 | | Attorneys for Defendants GOOD SAMARITAN |
| 5 | | HOSPITAL, LP; SAMARITAN, LLC, named as<br>GOOD SAMARITAN HOSPITAL, LLC, and |
| 6 | | GOOD SAMARITAN HOSPITAL<br>MEDICAL STAFF |
| 7 | | |
| 8 | Dated: December 7, 2007 | SHANNON, MARTIN, FINKELSTEIN & ALVARADO, PC |
| 9 | | |
| 10 | | By   /s/George A. Shannon, Jr.<br>George A. Shannon Jr. |
| 11 | | Attorneys for Defendant HCA, Inc. |

STIPULATION AND [ ] ORDER                                *Fox v. Good Samaritan,* Case No. C 04 00874 RMW
TO SUBMIT CASE FOR ALL PURPOSES TO MAGISTRATE JUDGE

-4-

| | |
|---|---|
| 1 | **[] ORDER** |
| 2 | **ASSIGNING CASE TO UNITED STATES MAGISTRATE JUDGE** |

**Whereas**:

All parties, in accordance with the provisions of 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73-1(b), and this Court's General Order No.42, have: (a) waived their right to proceed before a Judge of the United States District Court; (b) consented to have a United States Magistrate Judge conduct any and all further proceedings in the case (except for Good Samaritan Hospital LP's, Samaritan LLC's, and Good Samaritan Hospital Medical Staff's Motion for Certification of Order for Appeal Pursuant to 28 U.S.C. Section 1292(b)), including trial and entry of final judgment; (c) stipulated that Magistrate Judge Seeborg be assigned by the Court to conduct all further proceedings in the case; and, (d) agreed that any appeal from a judgment of the Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court, in accordance with 28 U.S.C. §636(c)(3).

**Now, Therefore, it Is Hereby ORDERED:**

1. That this case shall be and hereby is assigned to Magistrate Judge Richard Seeborg to conduct all further proceedings in the case (except for Good Samaritan Hospital LP's, Samaritan LLC's, and Good Samaritan Hospital Medical Staff's Motion for Certification of Order for Appeal Pursuant to 28 U.S.C. Section 1292(b)) , including trial, and entry of final judgment; and

2. On all documents subsequently filed in this case, the initials "RS" shall appear after the case number in place of the initials "RMW."

Dated: December 7, 2007

*Ronald M. Whyte*
_____
Ronald M. Whyte
United States District Court Judge

CERTIFICATION BY JAMES A. HENNEFER PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

1. I am an attorney, licensed to practice law in the State of California, and a member of the law firm of Hennefer, Finley & Wood, counsel of record for Plaintiff Richard B. Fox, M.D. in this action. The statements herein are made on my personal knowledge, and if called as a witness I could and would competently testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on December 7, 2007.

                                                    /s/ James A. Hennefer  
                                                  James A. Hennefer

STIPULATION AND ] ORDER                                      *Fox v. Good Samaritan,* Case No. C 04 00874 RMW  
TO SUBMIT CASE FOR ALL PURPOSES TO MAGISTRATE JUDGE

-6-