**E-FILED on** 12/13/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>GOOD SAMARITAN HOSPITAL and GOOD SAMARITAN HOSPITAL MEDICAL STAFF,<br><br>Defendants. | No. C-04-00874 RMW<br><br>ORDER DENYING MOTION FOR CERTIFICATION OF ORDER FOR APPEAL PURSUANT TO 28 U.S.C. § 1292(B)<br><br>**[Re Docket No. 197]** |

Defendants Good Samaritan Hospital LP, Samaritan, LLC (improperly named as Good Samaritan Hospital, LLC) and Good Samaritan Hospital Medical Staff have filed a motion requesting the court to certify two issues for interlocutory appeal pursuant to 28 U.S.C. § 1292(B). The court finds the matter to be appropriate for submission on the pleadings. Defendants' motion is denied.

DATED: 12/13/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

James A. Hennefer  jhennefer@hennefer-wood.com
Joseph Wood  jwood@hennefer-wood.com

**Counsel for Defendants:**

Beth McGowan  beth.mcgowen@bingham.com
Katharine L. West  kwest@mdbe.com
Samantha L Reardon  samantha.reardon@bingham.com
Megan Dean Richardson  mrichardson@smfs.com
Eric Peter Schoonveld  eric@hpslaw.com
George Albert Shannon, Jr  gshannon@smfs.com
Jane Allison Stevens  jstevens@hpslaw.com
Ruby May Wayne  ruby.wayne@bingham.com
Katharine Laura West  katharine.west@bingham.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 12/13/07          /s/ MAG
                             **Chambers of Judge Whyte**