***E-FILED 6/11/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, M.D., | No. C 04-00874 RS |
| Plaintiff, | |
| v. | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| GOOD SAMARITAN HOSPITAL, et al., | |
| Defendants. | |

A further Case Management Conference in this case shall be held on **July 9, 2008 at 2:30 p.m.** in Courtroom 4, 5th Floor, U.S. District Court, 280 South First Street, San Jose, California.

No later than July 2, 2008, the parties shall file an updated Joint Case Management Conference Statement.

**IT IS SO ORDERED**.

DATED: June 11, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS MAILED TO:**

James A. Hennefer    jhennefer@hennefer-wood.com

Beth Ann Rains McGowen    beth.mcgowen@bingham.com, jerry.webb@bingham.com, ruth.difalco@bingham.com

Samantha L Reardon    samantha.reardon@bingham.com

Megan Dean Richardson    mrichardson@smfs.com

Eric Peter Schoonveld    eric@hpslaw.com

George Albert Shannon , Jr    gshannon@smfs.com

Jane Allison Stevens    jstevens@hpslaw.com

Ruby May Wayne    rwayne@goodwinprocter.com

Katharine Laura West    katharine.west@bingham.com

Joseph H. C. Wood    jhcwlaw@yahoo.com

Dated: June 11, 2008

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Chambers of Magistrate Judge Richard Seeborg