*E-FILED 8/20/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICHARD B. FOX, M.D.,

    Plaintiff,

v.

GOOD SAMARITAN HOSPITAL LP, et al.,

    Defendants.

NO. C 04-00874 RS

**ORDER MODIFYING JULY 17, 2008 ORDER**

    The Court hereby modifies its July 17, 2008 Order Granting in Part and Denying in Part Plaintiff's Motion to File a Second Amended Complaint and Denying Defendants' Motions to Dismiss and to Strike as follows:

    (1) Paragraph 129 was originally stricken in its entirety from the second amended complaint. Paragraph 129 is reinstated except for the second sentence, which remains stricken.

    (2) Paragraph 133 of the second amended complaint is stricken in its entirety.

    IT IS SO ORDERED.

Dated: August 20, 2008

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Beth Ann Rains McGowen   beth.mcgowen@bingham.com, jerry.webb@bingham.com, ruth.difalco@bingham.com

Eric Peter Schoonveld   eric@hpslaw.com

George Albert Shannon , Jr   gshannon@smfs.com

James A. Hennefer   jhennefer@hennefer-wood.com

Jane Allison Stevens   jstevens@hpslaw.com

Joseph H. C. Wood   jhcwlaw@yahoo.com

Megan Dean Richardson   mrichardson@smfs.com

Samantha L Reardon   samantha.reardon@bingham.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 8/20/08**                                                                                   **Richard W. Wieking, Clerk**

                                                                                                              **By:**   **Chambers**

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO FILE A SECOND AMENDED COMPLAINT AND DENYING DEFENDANTS' MOTIONS TO DISMISS AND TO STRIKE
C 04-00874 RS

2