***E-FILED 11/4/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, M.D., | No. C 04-00874 RS |
| Plaintiff, | |
| v. | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| GOOD SAMARITAN HOSPITAL, et al., | |
| Defendants. | |

A further Case Management Conference in this case shall be held on **January 28, 2009 at 2:30 p.m.** in Courtroom 4, 5th Floor, U.S. District Court, 280 South First Street, San Jose, California.

No later than January 21, 2009, the parties shall file an updated Joint Case Management Conference Statement.

IT IS SO ORDERED.

DATED: 11/4/08

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS MAILED TO:**

Beth Ann Rains McGowen     beth.mcgowen@bingham.com, jerry.webb@bingham.com, ruth.difalco@bingham.com

Eric Peter Schoonveld     eric@hpslaw.com

George Albert Shannon , Jr     gshannon@smfs.com

James A. Hennefer     jhennefer@hennefer-wood.com

Jane Allison Stevens     jstevens@hpslaw.com

Joseph H. C. Wood     jhcwlaw@yahoo.com

Megan Dean Richardson     mrichardson@smfs.com

Samantha L Reardon     samantha.reardon@bingham.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 11/4/08

/s/ BAK
--------
Chambers of Magistrate Judge Richard Seeborg