```
 1  DAVID L. PERRAULT, #67109
    JOHN Q. BROWN, III, #60681
 2  JOHN P. RHODE, #132533                *E-FILED 1/16/09*
    **HARDY ERICH BROWN & WILSON**
 3  A Professional Law Corporation
    1000 G Street, Second Floor
 4  Sacramento, California 95814
    P.O. Box 13530
 5  Sacramento, California 95853-4530
    (916) 449-3800 • Fax (916) 449-3888
 6
    Attorneys for Defendants Good Samaritan
 7  Hospital, LP; Samaritan, LLC; Good Samaritan
    Hospital Medical Staff and HCA Inc.
 8
 9             IN THE UNITED STATES DISTRICT COURT
10             FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12  RICHARD B. FOX, M.D.,           ) No. C-04-00874 RS
                                    )
13         Plaintiff,               )
                                    ) **SUBSTITUTION OF COUNSEL AND**
14      v.                          ) **ORDER**
                                    )
15  GOOD SAMARITAN HOSPITAL L.P.,   ) [LOCAL RULE 11-5]
    et al.                          )
16                                  )
           Defendants.              )
17  _____)
```

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant GOOD SAMARITAN HOSPITAL MEDICAL STAFF, hereby substitutes David L. Perrault of the law firm Hardy Erich Brown & Wilson, 1000 G Street, 2nd Floor, Sacramento, CA 95814, Tel: (916) 449-3800, Fax: (916) 449-3888, Email: dperrault@hebw.com as its attorney of record in the above-captioned action instead of Ross Campell, Beth McGowen and Samantha Reardon of Bingham McCutchen LLP.

David Perrault will act as co-counsel for out-of-state counsel David C. Hall and his associate attorneys at Hall Prangle



G:\HOME\CLIENT\6876\00099\00012157.WPD      1

& Schoonveld, LLC whose pro hac vice applications have previously been granted pursuant to Civil Local Rule 11-3.

I consent to this substitution.

Dated: January 14, 2009              **GOOD SAMARITAN HOSPITAL**
                                     **MEDICAL STAFF**


                            By:   /s/ William Piche
                                  William Piché


I consent to this substitution.

Dated: January 14, 2009   **BINGHAM McCUTCHEN, LLP**


                            By:   /s/ Beth McGowen
                                  BETH McGOWEN


I consent to this substitution.

Dated: January 14, 2009

                                     **HARDY ERICH BROWN & WILSON**
                                     A Professional Law Corporation


                            By:   /s/ David L. Perrault
                                  DAVID L. PERRAULT


**IT IS SO ORDERED.**


Dated: ____January 16____, 2009

_____
RICHARD SEEBORG,
UNITED STATES MAGISTRATE JUDGE

///

HARDY ERICH BROWN & WILSON
A Professional Law Corporation
1000 G Street 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

## DECLARATION OF DAVID L. PERRAULT PURSUANT TO GENERAL ORDER NO. 45(X) RE: E-FILING WITH MULTIPLE SIGNATURES

I, DAVID L. PERRAULT declare:

1. I am an attorney at law licensed to practice law before all the courts of the State of California and am admitted to practice in the United States District Court for the Northern District of California.

2. I am a member of the law firm of Hardy Erich Brown & Wilson, a Professional Law Corporation, attorneys for Good Samaritan Hospital, LP, Samaritan, LLC, and Good Samaritan Hospital Medical Staff, and local co-counsel for Defendant HCA Inc.

3. I am one of the attorneys at this firm responsible for handling this matter, and as such, have personal knowledge of the following facts. If called and sworn as a witness, I could and would testify to the following:

4. The above Substitution of Counsel and Order contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the court. Pursuant to General Order 45(X), I shall maintain records to support this concurrence for subsequent production to the Court, if so ordered, for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and if called as a witness I could and would competently testify thereto.

1     This declaration was executed on January 14, 2009, at
2 Sacramento, California.
3
4                                    /s/ David L. Perrault
                                     DAVID L. PERRAULT
5



1000 G Street 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

G:\HOME\CLIENT\6876\00099\00012157.WPD          4

SUBSTITUTION OF COUNSEL AND ORDER