*E-FILED 2/11/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, M.D., | No. C 04-00874 RS |
| Plaintiff, | |
| v. | **ORDER REGARDING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| GOOD SAMARITAN HOSPITAL, et al., | |
| Defendants. | |

On February 2, 2009, plaintiff filed a motion for leave to file a motion for reconsideration of an order entered by the prior presiding judge, Judge Ronald Whyte, on September 12, 2007. The decision at issue denied plaintiff's request for leave to amend his complaint to add a RICO claim. Since the entry of Judge Whyte's September 13th order, the parties have consented to the undersigned acting as presiding judge for all purposes in this action. Accordingly, Judge Whyte has referred plaintiff's pending motion for leave to file a reconsideration motion to this Court.

///
///
///
///
///

ORDER REGARDING MOTION FOR LEAVE TO FILE
MOTION FOR RECONSIDERATION

In order to clarify the position of all parties on the issue of this court's jurisdiction to consider the motion for leave to file a motion to reconsider Judge Whyte's prior ruling, each party is ordered to file either a consent or declination directed to that specific question by February 27, 2009.

IT IS SO ORDERED.

DATED: 2/11/09

_____
RICHARD SEEBORG
United States Magistrate Judge

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS DELIVERED TO:**

Beth Ann Rains McGowen    beth.mcgowen@bingham.com, jerry.webb@bingham.com, ruth.difalco@bingham.com

David Lee Perrault    dperrault@hebw.com, dmcdonald@hebw.com

Eric Peter Schoonveld    eric@hpslaw.com

George Albert Shannon , Jr    gshannon@smfs.com

James A. Hennefer    jhennefer@hennefer-wood.com

Jane Allison Stevens    jstevens@hpslaw.com

Joseph H. C. Wood    jhcwlaw@yahoo.com

Megan Dean Richardson    mrichardson@smfs.com

Samantha L Reardon    samantha.reardon@bingham.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 2/11/09

/s/ bk
Chambers of Magistrate Judge Richard Seeborg

ORDER REGARDING MOTION FOR LEAVE TO FILE
MOTION FOR RECONSIDERATION      3