JAMES A. HENNEFER, SBN 059490
**HENNEFER, FINLEY & WOOD, LLP**
425 California Street, 19th Floor
San Francisco, CA 94104-2296
(415) 421-6100 ● Fax (415) 421-1815

Attorneys for Plaintiff Richard B. Fox, M.D.

DAVID L. PERRAULT, 67109
**HARDY ERICH BROWN & WILSON**
A Professional Law Corporation
1000 G Street, 2nd Floor
Sacramento, California 95814
P.O. Box 13530
Sacramento, California 95853-3530
(916) 449-3800 ● Fax (916) 449-3888

Attorneys for Defendants Good Samaritan Hospital, LP; Samaritan, LLC; Good Samaritan Hospital Medical Staff; HCA Inc.; William Piché; Paul Beaupre, M.D.; Arthur Douville, M.D.; Mark McConnell, M.D.; and Kenneth Tan, M.D.

*Additional counsel on next page*

*E-Filed 5/20/09*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT

| | |
|---|---|
| Richard B. Fox, M.D.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Good Samaritan Hospital, LP, et al.,<br><br>　　　　Defendants. | Case No. 04 CV 00874 RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE COORDINATION OF DISCOVERY** |
| Richard B. Fox, M.D.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>William Pichè, et al.,<br><br>　　　　Defendants. | Case No. 08 CV 01098 RS |

THAD A. DAVIS, SBN 220503
MICHAEL WONG, SBN 194130
**ROPES & GRAY LLP**
One Embarcadero Center, Suite 2299
San Francisco, CA 94111-3711
(415) 315-6300 ● Fax (415) 315-6350

Attorneys for Defendants Good Samaritan Hospital, LP;
Samaritan, LLC; Good Samaritan Hospital Medical Staff; HCA Inc.;
William Piché; Paul Beaupre, M.D.; Arthur Douville, M.D.;
Mark McConnell, M.D.; and Kenneth Tan, M.D.


DAVID C. HALL (*pro hac vice*)
**HALL PRANGLE & SCHOONVELD, LLC**
200 South Wacker Drive, Suite 3300
Chicago, Illinois 60606
Telephone: (312) 267-6201
Facsimile: (312) 345-9608

Attorneys for Defendants Good Samaritan Hospital, LP;
Samaritan, LLC; Good Samaritan Hospital Medical Staff; HCA Inc.;
William Piché; Paul Beaupre, M.D.; Arthur Douville, M.D.;
Mark McConnell, M.D.; and Kenneth Tan, M.D.

GEORGE A. SHANNON, JR. (*pro hac vice*)
**SHANNON, MARTIN, FINKELSTEIN & ALVARADO, P.C.**
2400 Two Houston Center
909 Fannin Street
Houston, Texas 77010
Telephone: (713) 646-5555
Facsimile: (713) 752-0337

Attorneys for Defendant HCA INC.

## STIPULATION

WHEREAS, the action entitled *Richard B. Fox, M.D. v. Good Samaritan Hospital LP*, et al., Case No. 04 CV 00874 RS was filed on March 4, 2004, and the action entitled *Richard B. Fox, M.D. v. William Pichè, et al.*, Case No. 08 CV 01098 RS was filed on February 19, 2008;

WHEREAS, these two actions were ordered related on March 31, 2008;

WHEREAS, these two actions appear to involve common questions of law and fact; and

WHEREAS, discovery conducted in these two actions will involve common witnesses, document production and expert opinion;

IT IS HEREBY STIPULATED by and between the parties, through their attorneys of record, pursuant to Federal Rules of Civil Procedure, Rule 42(a) and Civil Local Rule 7-12 that:

1. Discovery, both past and future, in these two actions is coordinated.
2. Both discovery that has already been conducted in *Fox v. Good Samaritan Hospital* and discovery that has not yet occurred will apply equally in both actions.
3. The total amount of discovery permitted will be calculated by combining the amounts permitted in the actions separately.
4. This stipulation and proposed order concern only the coordination of discovery in these two actions. This stipulation is not an agreement by any party to consolidate both matters for all purposes. Any coordination/consolidation of these actions beyond discovery must be addressed by a future motion or stipulation.

Dated: May 6, 2009 **ROPES & GRAY LLP**

By /s/ Thad A. Davis
    THAD A. DAVIS
    MICHAEL L. WONG
    Attorneys for Defendants

HARDY ERICH BROWN & WILSON
A Professional Law Corporation
Established in 1967

1000 G Street, 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

| | | |
|---|---|---|
| 1 | Dated: May 6, 2009 | **HARDY ERICH BROWN & WILSON** |
| 2 | | A Professional Law Corporation |

Dated: May 6, 2009         **HARDY ERICH BROWN & WILSON**
A Professional Law Corporation

By  /s/ David L. Perrault
    DAVID L. PERRAULT
    Attorneys for Defendants

Dated: May 6, 2009         **HALL PRANGLE & SCHOONVELD, LLC**

By  /s/ David C. Hall
    DAVID C. HALL
    Attorneys pro hac vice for Defendants Good Samaritan Hospital LP, Samaritan, LLC, and Good Samaritan Hospital Medical Staff, William Pichè, Paul Beaupre, M.D., Arthur Douville, M.D., Mark McConnell, M.D., and Kenneth Tan, M.D.

Dated: May 6, 2009         **SHANNON, MARTIN, FINKELSTEIN ALVARADO, P.C**.

By  /s/ George A. Shannon, Jr.
    GEORGE A. SHANNON, JR
    MEGAN D. RICHARDSON
    Attorneys pro hac vice for Defendant HCA Inc.

Dated: May 6, 2009         **HENNEFER, FINLEY & WOOD**

By  /s/ James A. Hennefer
    JAMES A. HENNEFER
    Attorney for Plaintiff

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: __May 20__, 2009

_____
UNITED STATES MAGISTRATE JUDGE
RICHARD SEEBORG

HARDY ERICH BROWN & WILSON
A Professional Law Corporation
Established in 1967
1000 G Street, 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

## DECLARATION OF DAVID L. PERRAULT PURSUANT TO GENERAL ORDER NO. 45(X) RE: E-FILING WITH MULTIPLE SIGNATURES

I, DAVID L. PERRAULT declare:

1) I am an attorney at law licensed to practice law before all the courts of the State of California and am admitted to practice in the United States District Court for the Northern District of California.

2) I am a member of the law firm of Hardy Erich Brown & Wilson, a Professional Law Corporation, attorneys for Defendants Good Samaritan Hospital, LP; Samaritan, LLC; Good Samaritan Hospital Medical Staff; HCA Inc.; William Piché, Paul Beaupre, M.D., Arthur Douville, M.D., Mark McConnell, M.D., and Kenneth Tan, M.D.

3) I am one of the attorneys at this firm responsible for handling this matter, and as such, have personal knowledge of the following facts. If called and sworn as a witness, I could and would testify to the following:

4) The above Stipulation and [Proposed] Order Re Coordination of Discovery contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the court. Pursuant to General Order 45(X), I shall maintain records to support this concurrence for subsequent production to the Court, if so ordered, for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

5) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and if called as a witness I could and would competently testify thereto.

This declaration was executed on May 6, 2009, at Sacramento, California.

    /s/ David L. Perrault
    DAVID L. PERRAULT