JAMES A. HENNEFER, SBN 059490
**HENNEFER, FINLEY & WOOD, LLP**
425 California Street, 19th Floor
San Francisco, CA 94104-2296
(415) 421-6100 ● Fax (415) 421-1815

Attorneys for Plaintiff Richard B. Fox, M.D.

DAVID L. PERRAULT, 67109
**HARDY ERICH BROWN & WILSON**
A Professional Law Corporation
1000 G Street, 2nd Floor
Sacramento, California 95814
P.O. Box 13530
Sacramento, California 95853-3530
(916) 449-3800 ● Fax (916) 449-3888

Attorneys for Defendants Good Samaritan Hospital, LP; Samaritan, LLC; Good Samaritan Hospital Medical Staff; and HCA Inc.

*Additional counsel on next page*

*E-Filed 8/5/09*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| Richard B. Fox, M.D.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Good Samaritan Hospital, LP, et al.,<br><br>　　　　Defendants. | Case No. 04 CV 00874 RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE REMOVAL OF DOCKET NO. 287** |

THAD A. DAVIS, SBN 220503
MICHAEL WONG, SBN 194130
**ROPES & GRAY LLP**
One Embarcadero Center, Suite 2299
San Francisco, CA 94111-3711
(415) 315-6300 ● Fax (415) 315-6350

Attorneys for Defendants Good Samaritan Hospital, LP;
Samaritan, LLC; Good Samaritan Hospital Medical Staff; and HCA Inc.

DAVID C. HALL (*pro hac vice*)
**HALL PRANGLE & SCHOONVELD, LLC**
200 South Wacker Drive, Suite 3300
Chicago, Illinois 60606
Telephone: (312) 267-6201
Facsimile: (312) 345-9608

Attorneys for Defendants Good Samaritan Hospital, LP;
Samaritan, LLC; and Good Samaritan Hospital Medical Staff

GEORGE A. SHANNON, JR. (*pro hac vice*)
**SHANNON, MARTIN, FINKELSTEIN & ALVARADO, P.C.**
2400 Two Houston Center
909 Fannin Street
Houston, Texas 77010
Telephone: (713) 646-5555
Facsimile: (713) 752-0337

Attorneys for Defendant HCA INC.

## STIPULATION

WHEREAS, Defendants' Supplemental Rule 26(a) Disclosure (Docket No. 287) was mistakenly filed on July 15, 2009; and

WHEREAS, Rule 26 disclosures are not to be filed with the court pursuant to F.R.C.P. 5(d)(1);

IT IS HEREBY STIPULATED by and between the parties, through their attorneys of record, that Defendants' Supplemental Rule 26(a) Disclosure (Docket No. 287) be permanently removed from the ECF system.

Dated: July 22, 2009           **ROPES & GRAY LLP**

By __/s/ Thad A. Davis_____
      THAD A. DAVIS
      MICHAEL L. WONG
      Attorneys for Defendants

Dated: July 22, 2009           **HARDY ERICH BROWN & WILSON**
A Professional Law Corporation

By __/s/ David L. Perrault_____
      DAVID L. PERRAULT
      Attorneys for Defendants

Dated: July 22, 2009           **HALL PRANGLE & SCHOONVELD, LLC**

By ___/s/ David C. Hall_____
      DAVID C. HALL
      Attorneys pro hac vice for Defendants Good
      Samaritan Hospital LP, Samaritan, LLC, and
      Good Samaritan Hospital Medical Staff

HARDY ERICH BROWN & WILSON
A Professional Law Corporation
Established in 1967

1000 G Street, 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

Dated: July 22, 2009        **SHANNON, MARTIN, FINKELSTEIN ALVARADO, P.C**.


By   /s/ George A. Shannon, Jr._____
    GEORGE A. SHANNON, JR
    MEGAN D. RICHARDSON
    Attorneys pro hac vice for Defendant HCA Inc.


Dated: July 22, 2009        **HENNEFER, FINLEY & WOOD**


By   /s/ James A. Hennefer_____
    JAMES A. HENNEFER
    Attorney for Plaintiff


### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: ____August 5_____, 2009

_____
UNITED STATES MAGISTRATE JUDGE
RICHARD SEEBORG

HARDY ERICH BROWN & WILSON
A Professional Law Corporation
Established in 1967
1000 G Street, 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

**DECLARATION OF DAVID L. PERRAULT PURSUANT TO GENERAL ORDER NO. 45(X) RE: E-FILING WITH MULTIPLE SIGNATURES**

I, DAVID L. PERRAULT declare:

1) I am an attorney at law licensed to practice law before all the courts of the State of California and am admitted to practice in the United States District Court for the Northern District of California.

2) I am a member of the law firm of Hardy Erich Brown & Wilson, a Professional Law Corporation, attorneys for Defendants Good Samaritan Hospital, LP; Samaritan, LLC; Good Samaritan Hospital Medical Staff; and HCA Inc.

3) I am one of the attorneys at this firm responsible for handling this matter, and as such, have personal knowledge of the following facts. If called and sworn as a witness, I could and would testify to the following:

4) The above Stipulation and [Proposed] Order Re Removal of Docket No. 287 contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the court. Pursuant to General Order 45(X), I shall maintain records to support this concurrence for subsequent production to the Court, if so ordered, for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

5) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and if called as a witness I could and would competently testify thereto.

This declaration was executed on July 22, 2009 at Sacramento, California.

    /s/ David L. Perrault
    DAVID L. PERRAULT

Hardy Erich Brown & Wilson
A Professional Law Corporation
Established in 1967

1000 G Street, 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888