1  JAMES A. HENNEFER, SBN 059490
   **HENNEFER, FINLEY & WOOD, LLP**
2  425 California Street, 19th Floor
   San Francisco, CA 94104-2296
3  (415) 421-6100 ● Fax (415) 421-1815

4  Attorneys for Plaintiff Richard B. Fox, M.D.

5  DAVID L. PERRAULT, 67109
   **HARDY ERICH BROWN & WILSON**
6  A Professional Law Corporation
   1000 G Street, 2nd Floor
7  Sacramento, California 95814
   P.O. Box 13530
8  Sacramento, California 95853-3530
   (916) 449-3800 ● Fax (916) 449-3888
9
   Attorneys for Defendants Good Samaritan Hospital, LP;
10 Samaritan, LLC; Good Samaritan Hospital Medical Staff; HCA Inc.;
   William Piché; Paul Beaupre, M.D.; Arthur Douville, M.D.;
11 Mark McConnell, M.D.; and Kenneth Tan, M.D.

12 *Additional counsel on next page*

*E-Filed 8/25/09*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Richard B. Fox, M.D., <br><br> Plaintiff, <br><br> v. <br><br> Good Samaritan Hospital, LP, et al., <br><br> Defendants. | Case No. 04 CV 00874 RS <br><br> **STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION** |
| Richard B. Fox, M.D., <br><br> Plaintiff, <br><br> v. <br><br> William Pichè, et al., <br><br> Defendants. | Case No. 08 CV 01098 RS |

THAD A. DAVIS, SBN 220503
MICHAEL WONG, SBN 194130
**ROPES & GRAY LLP**
One Embarcadero Center, Suite 2299
San Francisco, CA 94111-3711
(415) 315-6300 ● Fax (415) 315-6350

Attorneys for Defendants Good Samaritan Hospital, LP;
Samaritan, LLC; Good Samaritan Hospital Medical Staff; HCA Inc.;
William Piché; Paul Beaupre, M.D.; Arthur Douville, M.D.;
Mark McConnell, M.D.; and Kenneth Tan, M.D.


DAVID C. HALL (*pro hac vice*)
**HALL PRANGLE & SCHOONVELD, LLC**
200 South Wacker Drive, Suite 3300
Chicago, Illinois 60606
Telephone: (312) 267-6201
Facsimile: (312) 345-9608

Attorneys for Defendants Good Samaritan Hospital, LP;
Samaritan, LLC; Good Samaritan Hospital Medical Staff; HCA Inc.;
William Piché; Paul Beaupre, M.D.; Arthur Douville, M.D.;
Mark McConnell, M.D.; and Kenneth Tan, M.D.

GEORGE A. SHANNON, JR. (*pro hac vice*)
**SHANNON, MARTIN, FINKELSTEIN & ALVARADO, P.C.**
2400 Two Houston Center
909 Fannin Street
Houston, Texas 77010
Telephone: (713) 646-5555
Facsimile: (713) 752-0337

Attorneys for Defendant HCA INC.

# STIPULATION

WHEREAS, the action entitled *Richard B. Fox, M.D. v. Good Samaritan Hospital LP*, et al., Case No. 04 CV 00874 RS was filed on March 4, 2004, and the action entitled *Richard B. Fox, M.D. v. William Pichè, et al.*, Case No. 08 CV 01098 RS was filed on February 19, 2008;

WHEREAS, these two actions were ordered related on March 31, 2008; and

WHEREAS, these two actions involve common questions of law and fact;

IT IS HEREBY STIPULATED by and between the parties, through their attorneys of record, pursuant to Federal Rules of Civil Procedure, Rule 42(a) and Civil Local Rule 7-12 that:

1) The action entitled *Richard B. Fox, M.D. v. Good Samaritan Hospital LP*, et al., Case No. 04 CV 00874 RS is consolidated for all purposes with the action entitled *Richard B. Fox, M.D. v. William Pichè, et al.*, Case No. 08 CV 01098 RS. The case entitled *Richard B. Fox, M.D. v. Good Samaritan Hospital LP*, et al., Case No. 04 CV 00874 RS will be designated as the lead case;

2) The discovery (expert and non-expert), case management conference, pretrial motions, pretrial statements, pretrial conference and trial dates ordered in the Further Case Management Scheduling Orders, which were filed on May 20, 2009 in both actions (Docket No. 285 and Docket No. 100, respectively), and Joint Discovery Plans (Docket No. 290 and Docket No. 103) are formally integrated, and the Joint Discovery Plans (Docket No. 290 and Docket No. 103) shall govern in the case of any conflict with earlier-dated case management orders; and

3) This stipulation does not affect any party's time to complete depositions pursuant to F.R.C.P. Rule 30(d), except insofar as, pursuant to F.R.C.P. 30(d)(1), the time has been modified by order, stipulation or the Joint Discovery Plans (Docket No. 290 and Docket No. 103).

4) The Stipulated Protective Order and Addendum Thereto, filed in *Richard B. Fox, M.D. v. Good Samaritan Hospital LP, et al.*, Case No. 04 CV 00874 RS on July 7, 2005

1 | (Docket No. 65) will apply to both of the consolidated actions.

Dated: August 24, 2009  **ROPES & GRAY LLP**

By  /s/ Thad A. Davis
    THAD A. DAVIS
    MICHAEL L. WONG
    Attorneys for Defendants

Dated: August 24, 2009  **HARDY ERICH BROWN & WILSON**
A Professional Law Corporation

By  /s/ David L. Perrault
    DAVID L. PERRAULT
    Attorneys for Defendants

Dated: August 24, 2009  **HALL PRANGLE & SCHOONVELD, LLC**

By  /s/ David C. Hall
    DAVID C. HALL
    Attorneys pro hac vice for Defendants Good Samaritan Hospital LP, Samaritan, LLC, and Good Samaritan Hospital Medical Staff, William Pichè, Paul Beaupre, M.D., Arthur Douville, M.D., Mark McConnell, M.D., and Kenneth Tan, M.D.

Dated: August 24, 2009  **SHANNON, MARTIN, FINKELSTEIN ALVARADO, P.C.**

By  /s/ George A. Shannon, Jr.
    GEORGE A. SHANNON, JR
    MEGAN D. RICHARDSON
    Attorneys pro hac vice for Defendant HCA Inc.

Dated: August 24, 2009  **HENNEFER, FINLEY & WOOD**

By  /s/ James A. Hennefer
    JAMES A. HENNEFER
    Attorney for Plaintiff

HARDY ERICH BROWN & WILSON
A Professional Law Corporation
Established in 1967
1000 G Street, 2d Floor
Sacramento, CA  95814
phone (916) 449-3800
fax (916) 449-3888

g:\home\client\6876\00099\00022850.docx    4    STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: ___August 25___, 2009

_____
UNITED STATES MAGISTRATE JUDGE
RICHARD SEEBORG

HARDY ERICH BROWN & WILSON
A Professional Law Corporation
Established in 1967

1000 G Street, 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

# DECLARATION OF DAVID L. PERRAULT PURSUANT TO GENERAL ORDER NO. 45(X) RE: E-FILING WITH MULTIPLE SIGNATURES

**I, DAVID L. PERRAULT declare:**

1) I am an attorney at law licensed to practice law before all the courts of the State of California and am admitted to practice in the United States District Court for the Northern District of California.

2) I am a member of the law firm of Hardy Erich Brown & Wilson, a Professional Law Corporation, attorneys for Defendants Good Samaritan Hospital, LP; Samaritan, LLC; Good Samaritan Hospital Medical Staff; HCA Inc.; William Piché, Paul Beaupre, M.D., Arthur Douville, M.D., Mark McConnell, M.D., and Kenneth Tan, M.D.

3) I am one of the attorneys at this firm responsible for handling this matter, and as such, have personal knowledge of the following facts. If called and sworn as a witness, I could and would testify to the following:

4) The above Stipulation and [Proposed] Order Re Consolidation contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the court. Pursuant to General Order 45(X), I shall maintain records to support this concurrence for subsequent production to the Court, if so ordered, for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

5) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and if called as a witness I could and would competently testify thereto.

This declaration was executed on August 24, 2009 at Sacramento, California.

        /s/ David L. Perrault
        DAVID L. PERRAULT



HARDY ERICH BROWN & WILSON
A Professional Law Corporation
Established in 1967

1000 G Street, 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888