James A. Hennefer (SBN 059490)
HENNEFER FINLEY & WOOD
425 California Street, 19th Floor
San Francisco, CA 94104-2296
Telephone: (415) 421-6100

Attorneys for Plaintiff
Richard B. Fox, M.D.

George A. Shannon, Jr. (*pro hac vice*)
SHANNON, MARTIN, FINKELSTEIN & ALVARADO, P.C.
909 Fannin Street
Houston, TX 77010
Telephone: (713) 646-5555

Attorneys for Defendant HCA, Inc.

*Additional counsel on next page*

**E-Filed 10/29/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>GOOD SAMARITAN HOSPITAL L.P., GOOD SAMARITAN L.L.C., GOOD SAMARITAN HOSPITAL MEDICAL STAFF, and HCA, INC.<br><br>Defendants.<br>_____<br>RICHARD B. FOX, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM PICHÉ, PAUL N. BEAUPRE, ARTHUR W. DOUVILLE, M.D., MARK S. MCCONNELL, M.D., AND KENNETH I. TAN, M.D.;<br><br>Defendants.<br>_____ | No. 04-CV-00874 RS<br>No. 08-CV-01098 RS<br><br>STIPULATION AND REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER<br><br>Civil Local Rule 6-2 and 7-12<br><br><br>Date:     N/A<br>Time:    N/A<br>Place:   Courtroom 4<br>Judge:  Hon. Richard Seeborg |

Stipulation and Request for
Order Changing Time

Case No. 04-CV-00874 RS and 08-CV-01098 RS
*Fox v. Good Samaritan Hospital, et al.*
*Fox v. Piche, et al.*

-1-

1  David L. Perrault, SBN 67109
   HARDY ERICH BROWN & WILSON
2  A Professional Law Corporation
   1000 G Street, 2nd Floor
3  Sacramento, CA 95814
   Telephone: (916) 449-3800
4
   Attorneys for All Defendants
5

6  Thad A. Davis, SBN 220503
   Michael Wong, SBN 194130
7  ROPES & GRAY LLP
   One Embarcadero Center, Suite 2299
8  San Francisco, CA 94111-3711
   Telephone: (415) 315-6300
9
   Attorneys for All Defendants
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
_____

Stipulation and Request for                              Case No. 04-CV-00874 RS and 08-CV-01098 RS
Order Changing Time                                      *Fox v. Good Samaritan Hospital, et al.*
                                                         *Fox v. Piche, et al.*

-2-

All parties to this action, through their respective counsel, hereby stipulate and request, pursuant to stipulation under Civil Local Rule 6-2 and Civil Local Rule 7-12, that the Court enter an order changing time for certain pretrial dates already fixed by the Court. The changing of these dates <u>will not</u> change the date for pretrial motions, pretrial statements, the final pretrial conference or the trial date, now set for May 3, 2010. The changing of these dates <u>will</u> facilitate the parties completing non-expert and expert discovery.

The following background, supported, in compliance with Civil Local Rule 6-2, by the Declaration of James A. Hennefer filed herewith, explains the reasons for the requested change of dates, previous time modifications in the past and the effect the requested time modifications would have on the schedule for the cases.

<u>Procedural Background</u> The original case, *Fox v. Good Samaritan Hospital, et al.*, No. 04-CV-00874 ("*Fox I*"), was filed March 4, 2004. The subsequent case, *Fox v. Piché, et al.* ("*Fox II*"), was filed February 18, 2008. On May 20, 2009 the Court entered its order on the parties' stipulation for "the coordination of discovery in these two actions." (Doc. No. 286, *Fox I*) On the same date the Court entered its order setting the following dates (Doc. No. 285, *Fox I*):

| | |
|---|---|
| July 15, 2009 | Exchange of Rule 26 Disclosures and File Joint Discovery Plan |
| November 2, 2009 | Completion of Non-Expert Discovery |
| November 16, 2009 | Disclosure of Plaintiff's Expert Testimony and Reports |
| November 30, 2009 | Disclosure of Defendants' Expert Testimony and Reports |
| February 1, 2010 | Completion of Discovery for Expert Witnesses |
| March 22, 2010 | Joint Pretrial Statement |
| April 5, 2010 | Final Pretrial Conference |
| May 3, 2010 | Trial |

Stipulation and Request for
Order Changing Time

Case No. 04-CV-00874 RS and 08-CV-01098 RS
*Fox v. Good Samaritan Hospital, et al.*
*Fox v. Piche, et al.*

-3-

*Fox I* and *Fox II* were consolidated "for all purposes" by order of the Court on August 25, 2009. (Doc. No. 296, *Fox I*)

By written stipulation, signed by counsel for all parties to these actions, the parties, subject to the Court's approval, have agreed to modify the discovery dates as indicated below, with the new stipulated dates in [brackets] and in **bold face type**.

| | |
|---|---|
| July 15, 2009 | Exchange of Rule 26 Disclosures and File Joint Discovery Plan |
| November 2, 2009<br>[**December 15, 2009**] | Completion of Non-Expert Discovery |
| November 16, 2009<br>[**January 8, 2010**] | Disclosure of Plaintiff's Expert Testimony and Reports |
| November 30, 2009<br>[**January 22, 2010**] | Disclosure of Defendants' Expert Testimony and Reports |
| February 1, 2010<br>[**February 15, 2010**] | Completion of Discovery for Expert Witnesses |
| March 22, 2010 | Joint Pretrial Statement |
| April 5, 2010 | Final Pretrial Conference |
| May 3, 2010 | Trial |

<u>Reasons for the Requested Change</u>  The consolidated cases involve nine defendants and the allegations and discovery concern an extended period of time. The pleadings in the cases were not settled until 2009. Rule 26 disclosures were not exchanged as to *Fox II* until July 15, 2009. Many of the deponents are doctors whose schedules have to be accommodated in setting depositions. There are counsel for six (6) law firms involved. There are multiple expert witnesses on liability and damages. The final non-expert discovery, expert reports and expert discovery spans the Thanksgiving and Christmas holidays. The adjustments stipulated to and requested of the Court, accounting for these and other factors, yet keeping the final pre-trial dates and trial date, were considered by counsel to be fair and reasonable.

___

Stipulation and Request for	Case No. 04-CV-00874 RS and 08-CV-01098 RS
Order Changing Time	*Fox v. Good Samaritan Hospital, et al.*
	*Fox v. Piche, et al.*

-4-

Previous Time Modifications in the Past   While there have been many modifications of time in *Fox I*, as to both pretrial and trial dates,[1] this is the first time modification sought for these pretrial dates in the consolidated actions or for *Fox II*. There has been no modification of the trial date for the consolidated actions and none is sought in this application to the Court.

Effect of the Modification on the Schedule for the Case   The modifications of time sought for pretrial and expert discovery would not affect the final pretrial dates set on May 20, 2009 by the Court, and will not affect the trial date of May 3, 2010.

For the foregoing reasons, it is requested that the Court order the stipulated request for time changes sought by this application and set the following new dates.

| | |
|---|---|
| December 15, 2009 | Completion of Non-Expert Discovery |
| January 8, 2010 | Disclosure of Plaintiff's Expert Testimony and Reports |
| January 22, 2010 | Disclosure of Defendants' Expert Testimony and Reports |
| February 15, 2010 | Completion of Discovery for Expert Witnesses |

So stipulated and respectfully submitted:

Dated: October 27, 2009          HENNEFER, FINLEY & WOOD, LLP

                                 By: ____/s/ James A. Hennefer____
                                        JAMES A. HENNEFER

                                 Attorneys for Plaintiff Richard B. Fox, M.D.

---

[1] *See,* Doc. Nos. 105, 144, 147 and 166 in *Fox I*.

Stipulation and Request for          Case No. 04-CV-00874 RS and 08-CV-01098 RS
Order Changing Time                  *Fox v. Good Samaritan Hospital, et al.*
                                     *Fox v. Piche, et al.*

-5-

| | | |
|---|---|---|
| Dated: October 27, 2009 | | SHANNON, MARTIN, FINKELSTEIN & ALVARADO, P.C. |

By:  /s/George A. Shannon, Jr.
       GEORGE A. SHANNON, JR.

Attorneys for Defendant HCA, Inc.


Dated: October 27, 2009                               ROPES & GRAY LLP

By:  /s/ Thad A. Davis
       THAD A. DAVIS

Attorneys for All Defendants


Dated: October 27, 2009                               HARDY ERICH BROWN & WILSON

By:  /s/ David L. Perrault
       DAVID L. PERRAULT

Attorneys for All Defendants


## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated  October 29 , 2009

_____
Judge Richard Seeborg
United States District Court Judge
Magistrate

_____

Stipulation and Request for                               Case No. 04-CV-00874 RS and 08-CV-01098 RS
Order Changing Time                                       *Fox v. Good Samaritan Hospital, et al.*
                                                          *Fox v. Piche, et al.*

**CERTIFICATION BY JAMES A. HENNEFER PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA GENERAL RULE NO. 45, SECTION X REGARDING E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

I, JAMES A. HENNEFER declare:

1. I am an attorney at law licensed to practice law before all of the courts of the State of California and am admitted to practice law in the United States District Court for the Northern District of California.

2. I am a partner in the law firm of Hennefer, Finley & Wood, LLC, attorneys for plaintiff Richard B. Fox, M.D. in the above-captioned actions..

3. I have been and am the principal attorney acting as counsel for plaintiff Richard B. Fox, M.D. in these actions and thereby have personal knowledge of the following facts. If called to testify to these matters, I could and would competently testify to the following.

4. The above document contains multiple signatures. Concurrence has been obtained from each of the other signatories to file this document with the court. Pursuant to Northern District of California General Order 45(X), I will maintain records that support the concurrence of each of the other signatories to file this document with the court for subsequent production to the Court, of so ordered, and for inspection upon request by a party, until one year after final resolution of the action (including appeal, if any).

5. I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. Executed under penalty of perjury, this 26rd day of October 2009 at San Francisco California.

                                                    /s/ James A. Hennefer
                                                    JAMES A. HENNEFER

Stipulation and Request for
Order Changing Time

Case No. 04-CV-00874 RS and 08-CV-01098 RS
*Fox v. Good Samaritan Hospital, et al.*
*Fox v. Piche, et al.*

-7-