| | |
|---|---|
| 1 | Thad A. Davis (SBN 220503) |
| 2 | Michael Li-Ming Wong (SBN 194130) |
| | Amy E. Craig (pro hac vice) |
| 3 | Mary Kelly Persyn (SBN 264782) |
| | ROPES & GRAY LLP |
| 4 | One Embarcadero Center, Suite 2200 |
| | San Francisco, CA  94111-3711 |
| 5 | Telephone: (415) 315-6300 |
| | Facsimile: (415) 315-6350 |

*E-Filed 12/11/09*

Attorneys for Defendants
Good Samaritan Hospital, L.P. and HCA Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

| | |
|---|---|
| Richard B. Fox, | Case No. C 04-00874 RS |
| Plaintiff, | [Consolidated for all purposes with Case No. 08 CV 01098 RS] |
| v. | **STIPULATION AND REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER** |
| Good Samaritan Hospital L.P., et al. | |
| Defendants. | AS MODIFIED BY THE COURT |
| | Date:  N/A |
| AND CONSOLIDATED CASE | Time:  N/A |
| | Place:  Courtroom 4, Fifth Floor |
| | Hon. Mag. Judge Richard Seeborg |

---

STIPULATION AND REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER

**1**   All parties to this action, through their respective counsel, hereby stipulate and request,

**2**   pursuant to stipulation under Civil Local Rules 6-2 and 7-12, that the Court enter an order

**3**   changing time for a date already fixed by the Court.  Specifically, the parties request that:

**4**       i)   the Court *combine* the Hearing on Plaintiff's Motion to Compel, currently

**5**   scheduled for December 16, 2009 at 9:30 a.m., with the Case Management Conference currently

**6**   scheduled for December 16, 2009 at 1:30 p.m.;  and

**7**       ii)  move the date and time of the above-referenced hearings to December 17, 2009 at

**8**   1:30 p.m. in ~~your chambers.~~ Courtroom 4, 5th Floor, United States Courthouse, 280 South First Street, San Jose, California.

Dated: December 11, 2009                    ROPES & GRAY LLP

                                            By: /s/ Thad A. Davis
                                            THAD A. DAVIS
                                            Attorneys for All Defendants


Dated: December 11, 2009                    SHANNON, MARTIN, FINKELSTEIN &
                                            ALVARADO, P.C.

                                            By: /s/ George A. Shannon, Jr.
                                            GEORGE A. SHANNON, JR.
                                            Attorneys for Defendant HCA Inc.


Dated: December 11, 2009                    HARDY ERICH BROWN & WILSON

                                            By: /s/ David L. Perrault
                                            DAVID L. PERRAULT
                                            Attorneys for All Defendants


Dated: December 11, 2009                    HENNEFER FINLEY & WOOD LLP

                                            By: /s/ James A. Hennefer
                                            JAMES A. HENNEFER
                                            Attorneys for Richard B. Fox, M.D.

**[PROPOSED ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 11, 2009

_____
HONORABLE RICHARD SEEBORG
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT