United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, | **No. C 04-0874 RS** |
| Plaintiff, | **ORDER DENYING MOTION TO SHORTEN TIME** |
| v. | |
| GOOD SAMARITAN L.P., et al, | |
| Defendants. | |

Defendants' motion for an order shortening time [Dkt. No. 324] is denied without prejudice. The parties are directed to meet and confer in an attempt to reach agreement on a briefing schedule that will allow defendants' motion to compel to be heard not less than one week after a reply brief is filed, or one week after an opposition brief is filed, if reply is waived.

IT IS SO ORDERED.

Dated: 12/16/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE