* **E-filed** 12/23/09 *

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| Richard B. Fox,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Good Samaritan Hospital L.P., et al.<br><br>　　　　Defendants.<br>_____<br>AND CONSOLIDATED CASE | Case No. C 04-00874 RS<br><br>[Consolidated for all purposes with Case No. 08 CV 01098 RS]<br><br>~~[PROPOSED]~~ **FURTHER CASE MANAGEMENT SCHEDULING ORDER**<br><br>Date: N/A<br>Time: N/A<br>Place: Courtroom 4, Fifth Floor<br><br>Hon. Mag. Judge Richard Seeborg |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a further Case Management Conference was held on December 17, 2009. After consulting with the attorneys of record for the parties and good cause appearing, **IT IS HEREBY ORDERED THAT:**

　　i)　On or before **January 27, 2010**, Defendant Good Samaritan Hospital will file its Motion for Summary Judgment.

　　ii)　On or before **February 17, 2010**, Plaintiff Dr. Fox will file his brief in opposition.

　　iii)　On or before **February 27, 2010**, Defendant Good Samaritan Hospital will file its reply brief.

　　ii)　Oral argument on the above-referenced motion will be held on **March 3, 2010**, in Courtroom 4 at the United States Courthouse, 280 S. First Street, San Jose, California.

Dated: ____December 23____, 2009　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE OF THE UNITED
　　　　　　　　　　　　　　　　　　　　　　　STATES DISTRICT COURT