* E-filed 01/07/2010 *

# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| Richard B. Fox, M.D., <br><br> Plaintiff, <br> v. <br><br> Good Samaritan Hospital LP, et al., <br><br> Defendants. <br><br> AND CONSOLIDATED CASE | Case No. C 04-00874 RS <br><br> [Consolidated for all purposes with Case No. 08 CV 01098 RS] <br><br> [PROPOSED] **FURTHER CASE MANAGEMENT SCHEDULING ORDER** <br><br> Date: N/A <br> Time: N/A <br> Place: Courtroom 4, Fifth Floor <br><br> Hon. Mag. Judge Richard Seeborg |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a further Case Management Conference was held on December 17, 2009. After consulting with the attorneys of record for the parties and good cause appearing, **IT IS HEREBY ORDERED THAT:**

    i) On or before **January 13, 2010**, Defendant HCA Inc. will file its Motion for Summary Judgment.

    ii) On or before **January 27, 2010**, Plaintiff Dr. Fox will file his brief in opposition.

    iii) On or before **February 3, 2010**, Defendant HCA Inc. will file its reply brief.

    iv) Oral argument on the above-referenced motion will be held on **February 17, 2010**, in Courtroom 4 at the United States Courthouse, 280 S. First Street, San Jose, California at **9:30 a.m.** unless the Court later specifies a different date or time.

The attorneys for Plaintiff and HCA Inc. have agreed to this schedule, and herein so stipulate to the Court.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: January 6, 2010 | HENNEFER FINLEY & WOOD LLP |
| 4 | | By: /s/ James A. Hennefer |
| 5 | | JAMES A. HENNEFER<br>Attorneys for Richard B. Fox, M.D. |
| 6 | | |
| 7 | Dated: January 6, 2010 | SHANNON, MARTIN, FINKELSTEIN &<br>ALVARADO, P.C. |
| 8 | | |
| 9 | | By: /s/ George A. Shannon, Jr.<br>GEORGE A. SHANNON, JR. |
| 10 | | Attorneys for Defendant HCA Inc. |
| 11 | Dated: January 6, 2010 | HARDY ERICH BROWN & WILSON |
| 12 | | |
| 13 | | By: /s/ David Perrault<br>DAVID PERRAULT |
| 14 | | Sponsoring local co-counsel for<br>Defendant HCA Inc. |
| 15 | | |
| 16 | | |
| 17 | Dated: January 7, 2010 | [signature] |
| 18 | | HON. RICHARD SEEBORG<br>MAGISTRATE JUDGE OF THE |
| 19 | | UNITED STATES DISTRICT COURT |

**CERTIFICATION BY DAVID PERRAULT PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am a lawyer licensed to practice law in the State of California, and am a partner in the law firm of Hardy Erich Brown & Wilson, sponsoring counsel for HCA Inc. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on January 6, 2010.

_____
/s/ David Perrault