Thad A. Davis (SBN 220503)
Michael Li-Ming Wong (SBN 194130)
Amy E. Craig (*Pro Hac Vice*)
Mary Kelly Persyn (SBN 264782)
ROPES & GRAY LLP
One Embarcadero Center, Suite 2200
San Francisco, CA 94111-3711
Telephone: (415) 315-6300
Facsimile: (415) 315-6350

Attorneys for Defendants
Good Samaritan Hospital, L.P. and HCA Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| Richard B. Fox, M.D.<br><br>     Plaintiff,<br><br>v.<br><br>Good Samaritan Hospital, Good Samaritan Hospital Medical Staff, Good Samaritan Hospital LP, Samaritan, LLC, HCA Inc., William Piché, Paul N Beaupre, M.D., Arthur W Douville, M.D., Mark S McConnell, M.D., Kenneth I Tan, M.D.<br><br>     Defendants.<br><br>AND CONSOLIDATED CASE | Case No. C 04-00874 RS<br><br>[Consolidated for all purposes with Case No. 08 CV 01098 RS]<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO EXCEED PAGE LIMIT<br><br>Date: N/A<br>Time: N/A<br>Place: Courtroom 4, Fifth Floor<br><br>Hon. Judge Richard Seeborg |

The Court considered Defendants' Administrative Request to Exceed Page Limit Regarding Memorandum in Support of Defendants' Motion for Summary Judgment.  For good cause appearing:

IT IS HEREBY ORDERED that the Administrative Request is GRANTED , in part Therefore, Defendants' Memorandum in Support of Summary Judgment may not exceed FIFTY ( 50) pages, tables and indices excepted.  Opposition shall be limited to 50 pages, and reply limited to 20 pages.

**IT IS SO ORDERED.**

DATED: January 21,    2010

Hon. Judge Richard Seeborg
United States District Court Judge