Thad A. Davis (SBN 220503)
Michael Li-Ming Wong (SBN 194130)
Amy E. Craig (*Pro Hac Vice*)
Mary Kelly Persyn (SBN 264782)
ROPES & GRAY LLP
One Embarcadero Center, Suite 2200
San Francisco, CA 94111-3711
Telephone: (415) 315-6300
Facsimile: (415) 315-6350

Attorneys for Defendants
Good Samaritan Hospital, L.P. and HCA Inc.

*E-Filed 02/04/2010*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Richard B. Fox,<br><br>    Plaintiff,<br><br>v.<br><br>Good Samaritan Hospital L.P., et al.<br><br>    Defendants.<br><br>———————————————<br>AND CONSOLIDATED CASE | Case No. C 04-00874 RS<br><br>[Consolidated for all purposes with Case No. 08 CV 01098 RS]<br><br>[PROPOSED] **ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL**<br><br>Date: N/A<br>Time: N/A<br>Place: Courtroom 4, Fifth Floor<br><br>Hon. Judge Richard Seeborg |

1   The Court considered Defendants' unopposed Administrative Request to File Under
2   Seal. For good cause appearing:
3   IT IS HEREBY ORDERED that the administrative Request is GRANTED.
4   Therefore, the following documents shall be filed under seal:
5   1. Exhibit A to Defendants' January 15, 2010 letter brief in support of their
6   request for a protective order
7   2. Exhibit D to Defendants' January 15, 2010 letter brief in support of their
8   request for a protective order; and
9   3. Exhibit E to Defendants' January 15, 2010 letter brief in support of their
10  request for a protective order.

**IT IS SO ORDERED**

DATED: ~~January~~ February 4, 2010

_____
Hon. Judge Richard Seeborg
United States District Court Judge