IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICHARD B. FOX,

        Plaintiff,

v.

GOOD SAMARITAN L.P., et al,

        Defendants.

_____/

No. C 04-00874 RS

**ORDER RE IN CAMERA REVIEW**

Pursuant to the order entered February 4, 2010, the Court has reviewed *in camera* materials related to the two non-pediatric patients. There is no indication defendants engaged in any intentional or reckless over-redaction or unwarranted withholding of information. Indeed, in most instances, defendants appear to have applied a liberal standard in evaluating how much material to produce unredacted to provide context for any references to plaintiff therein. Nevertheless, there are a few instances where further production is appropriate:

1. Doc. GSH41231. In the first paragraph by speaker "JD," it is not entirely certain that the sentence beginning "He made a bald faced statement . . ." is a reference to plaintiff, but the statement described is similar enough to comments made by plaintiff earlier in the meeting that it

1

1 may be. As such, the redaction running from that paragraph down to the presently unredacted
2 paragraph containing the comments of speaker "MA" should be removed.

2. Doc. GSH41232-GSH41233. The final paragraph on page 15 (speaker "BS") through the first full paragraph on page 16 (speaker "JD") should be unredacted.

3. Document GSH41263 is a letter that was addressed to plaintiff, among others. Although it does not appear particularly pertinent to the issues in this action, neither does it appear to implicate any substantial privacy concerns. In any event, to comply with the prior order requiring production of materials referring to plaintiff, it should be produced. While it may be difficult to analyze how much of a letter addressed to plaintiff is a "reference" *to* plaintiff, in this instance it is appropriate to produce the letter in full.

Defendants may contact the Courtroom deputy, Martha Parker-Brown at (408) 535-5346 to make arrangements to pick up the materials reviewed *in camera*.

IT IS SO ORDERED.

Dated: 02/11/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE