*E-Filed 02/11/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICHARD B. FOX,

          Plaintiff,

v.

GOOD SAMARITAN L.P., et al,

          Defendants.
_____/

**No. C 04-00874 RS**

**ORDER RE IN CAMERA REVIEW**

Pursuant to the order entered February 4, 2010, the Court has reviewed *in camera* materials related to the two non-pediatric patients. There is no indication defendants engaged in any intentional or reckless over-redaction or unwarranted withholding of information. Indeed, in most instances, defendants appear to have applied a liberal standard in evaluating how much material to produce unredacted to provide context for any references to plaintiff therein. Nevertheless, there are a few instances where further production is appropriate:

1. Doc. GSH41231. In the first paragraph by speaker "JD," it is not entirely certain that the sentence beginning "He made a bald faced statement . . ." is a reference to plaintiff, but the statement described is similar enough to comments made by plaintiff earlier in the meeting that it

1  may be. As such, the redaction running from that paragraph down to the presently unredacted
2  paragraph containing the comments of speaker "MA" should be removed.

3  2. Doc. GSH41232-GSH41233. The final paragraph on page 15 (speaker "BS") through the
4  first full paragraph on page 16 (speaker "JD") should be unredacted.

5  3. Document GSH41263 is a letter that was addressed to plaintiff, among others. Although
6  it does not appear particularly pertinent to the issues in this action, neither does it appear to
7  implicate any substantial privacy concerns. In any event, to comply with the prior order requiring
8  production of materials referring to plaintiff, it should be produced. While it may be difficult to
9  analyze how much of a letter addressed to plaintiff is a "reference" *to* plaintiff, in this instance it is
10 appropriate to produce the letter in full.

12 Defendants may contact the Courtroom deputy, Martha Parker-Brown at (408) 535-5346 to
13 make arrangements to pick up the materials reviewed *in camera*.

15 IT IS SO ORDERED.
16 Dated: 02/11/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE