| | |
|---|---|
| Thad A. Davis (SBN 220503)<br>Michael Li-Ming Wong (SBN 194130)<br>Amy E. Craig (*pro hac vice*)<br>Mary Kelly Persyn (SBN 264782)<br>ROPES & GRAY LLP<br>One Embarcadero Center, Suite 2200<br>San Francisco, CA 94111-3711<br>Telephone: (415) 315-6300<br>Facsimile: (415) 315-6350 | **\*E-Filed 02/17/2010\*** |

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard B. Fox,<br><br>    Plaintiff,<br><br>v.<br><br>Good Samaritan Hospital, Good Samaritan Hospital Medical Staff, Good Samaritan Hospital LP, Samaritan, LLC, HCA Inc., William Piché, Paul N Beaupre, M.D., Arthur W Douville, M.D., Mark S McConnell, M.D., Kenneth I Tan, M.D.<br><br>    Defendants.<br><br>AND CONSOLIDATED CASE | Case No. C 04-00874 RS<br><br>[Consolidated for all purposes with Case No. 08 CV 01098 RS]<br><br>[PROPOSED] **ORDER GRANTING STIPULATION AND REQUEST FOR ORDER CHANGING TIME**<br><br>Date: March 11, 2010<br>Time: 1:30 P.M.<br>Place: Courtroom 3, Seventeenth Floor<br><br>Hon. Judge Richard Seeborg |

1  The Court considered the parties' Stipulation and Request For Order Changing Time and
2  supporting Declaration of Amy E. Craig.
3  IT IS HEREBY ORDERED that the Request is GRANTED:
4   i. Dr. Fox will file his brief in opposition to Good Samaritan Hospital's Motion for
5     Summary Judgment on or before February 23, 2010.
6   ii. Defendant Good Samaritan Hospital will file its reply brief on or before March 5,
7     2010.
8   iii. Oral argument on the above-referenced Motion will be held on March 11, 2010, in
9     Courtroom 3, Seventeenth Floor, San Francisco Division.

**IT IS SO ORDERED**

DATED: _February 17,_____, 2010    _____
                                    Hon. Judge Richard Seeborg
                                    United States District Court Judge