Thad A. Davis (SBN 220503)
Michael Li-Ming Wong (SBN 194130)
Amy E. Craig (*pro hac vice*)
ROPES & GRAY LLP
One Embarcadero Center, Suite 2200
San Francisco, CA 94111-3711
(415) 315-6300 ● Fax (415) 315-6350

Attorneys for Defendants

James A. Hennefer (SBN 059490)
HENNEFER, FINLEY & WOOD, LLP
425 California Street, 19th Floor
San Francisco, CA 94194-2296
(415) 421-6100 ● Fax (415) 421-1815

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT

| | |
|---|---|
| Richard B. Fox, M.D., <br><br> Plaintiff, <br><br> v. <br><br> Good Samaritan Hospital, LP, et al., <br><br> Defendants. <br><br> AND CONSOLIDATED CASE | Case No. 04 CV 00874 RS <br><br> [Consolidated for all purposes with Case No. 08 CV 01098 RS] <br><br> **STIPULATION AND REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER** <br><br> Date: N/A <br> Time: N/A <br> Place: Courtroom 3, Seventeenth Floor <br><br> District Judge Richard Seeborg |

All parties to this action, based upon the rulings of the Court following the requests of the parties at the hearing on Defendants' Motion for Summary Judgment on March 11, 2010, hereby stipulate to, and request that the Court enter an Order changing i) the hearing date on Defendants' Joint Motion to Strike Portions of Declaration of Richard B. Fox, M.D. in Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 427), and ii) the date of the final Pretrial Conference and certain deadlines set forth in the Court's Further Case Management Scheduling Orders (Dkt. Nos. 285 and 338) and accompanying Standing Order (Dkt. No. 338-1). The changing of these dates will not change the date for trial, set for May 3, 2010.

The Declaration of Amy E. Craig filed, herewith, sets forth the reasons for the requested change of dates, previous time modifications in the past, and the effect of the requested time modifications on the schedule for the case. Specifically, pursuant to the Court's rulings and the parties' agreements, the Court is requested to issue the following Order:

1. The hearing date for Defendants' Joint Motion to Strike Portions of Declaration of Richard B. Fox, M.D. in Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 427) shall be heard in Courtroom 3, Seventeenth Floor, United States District Court, 450 Golden Gate Avenue, San Francisco California at 2:30 p.m. on April 14, 2010, or as soon thereafter as the matter may be heard. The previously scheduled hearing for this matter on April 15, 2010 is vacated.

2. The final Pretrial Conference required by the Court's currently governing Case Management Order and related Standing Orders (Dkt Nos. 285, 338 and 338-1) shall be held in Courtroom 3, Seventeenth Floor, United States District Court, 450 Golden Gate Avenue, San Francisco California at 2:30 p.m. on April 14, 2010, or


2   STIPULATION AND [PROPOSED] ORDER RE CHANGING TIME

| | |
|---|---|
| 1 | as soon thereafter as the matter may be heard. The previously scheduled Pretrial |
| 2 | Conference on April 7, 2010 is vacated. |

3. The Joint Pretrial Statement and Proposed Order required by the Court's currently governing Case Management Order and related Standing Orders (Dkt Nos. 285, 338, and 338-1) shall be filed and served by April 5, 2010.

4. Exhibits shall be exchanged and Motions in Limine shall be filed and served pursuant to the governing Case Management Order and related Standing Orders (Dkt Nos. 285, 338 and 338-1) by April 19, 2010, with any oppositions or supplemental Motions in Limine due April 26, 2010.

5. The remaining deadlines set forth in the governing Case Management Order and related Standing Orders (Dkt Nos. 285, 338 and 338-1), except as otherwise agreed by the parties, shall continue to be calculated pursuant to said Orders, using the final Pretrial Conference date of April 14, 2010.

Dated: March 24, 2010         **ROPES & GRAY LLP**

By  /s/ Thad A. Davis
         THAD A. DAVIS
         MICHAEL L. WONG
         Attorneys for Defendants

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 24, 2010 | **SHANNON, MARTIN, FINKELSTEIN ALVARADO, P.C**. |
| 3 | | By /s/ George A. Shannon, Jr. |
| 4 | |     GEORGE A. SHANNON, JR. |
| 5 | |     MEGAN D. RICHARDSON<br>    Attorneys pro hac vice for Defendant HCA Inc. |
| 11 | Dated: March 24, 2010 | **HENNEFER, FINLEY & WOOD** |
| 13 | | By /s/ James A. Hennefer |
| 14 | |     JAMES A. HENNEFER<br>    Attorney for Plaintiff |

[PROPOSED ORDER]

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 03/24/10 , 2010  _____
                                                         Honorable Richard Seeborg
                                                         United States District Court Judge

**CERTIFICATION BY GEORGE A. SHANNON PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am a lawyer licensed to practice law in the State of Texas, have been granted *pro hac vice* status in this case, and am a director in the law firm of Shannon, Martin, Finkelstein & Alvarado, P.C., counsel for defendant HCA Inc. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filing document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this document with the Court. Pursuant to Northern District of California General Order 45(X), I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on March 24, 2010.

                                            /s/ George A. Shannon, Jr.
                                                    George A. Shannon, Jr.