IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICHARD B. FOX,

        Plaintiff,

v.

GOOD SAMARITAN L.P., et al,

        Defendants.

No. C 04-0874 RS

**ORDER GRANTING MOTIONS TO SEAL**

Good cause appearing, the following sealing motions are GRANTED.

1. Docket No. 365, permitting the filing under seal of (a) the unredacted version of Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant HCA Inc's Motion for Summary Judgment ; (b) the unredacted version of the Declaration of Richard B. Fox, M.D. in Opposition to Defendant HCA Inc.'s Motion for Summary Judgment and attached exhibits; and (c) the unredacted version of the Declaration of James A. Hennefer in Opposition to Defendant HCA Inc.'s Motion for Summary Judgment and attached exhibits.

2. Docket No. 368, permitting the filing under seal of (a) the unredacted version of the Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment;

(b) the unredacted version of the Declaration of Carol Osterman and attached exhibits; and (c) the unredacted version of the Declaration of Amy Craig and attached exhibits.

3. Docket No. 379, permitting the filing under seal of (a) the unredacted version of Exhibit A to the Declaration of Lisa Vischer; and (b) the unredacted version of Exhibit A to the Declaration of Susan Scollan-Boring.

4. Docket No. 415, permitting the filing under seal of (a) the unredacted version of Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment ; (b) the unredacted version of the Declaration of Richard B. Fox, M.D. in Opposition to Defendants' Motion for Summary Judgment and attached exhibits; and (c) the unredacted version of the Declaration of James A. Hennefer in Opposition to Defendants' Motion for Summary Judgment and attached exhibits.

5. Docket No. 419, permitting the filing under seal of (a) the unredacted version of Defendants' Reply in Support of their Motion for Summary Judgment; (b) the unredacted version of the Declaration of Amy E. Craig in Support of Defendants' Reply in Support of their Motion for Summary Judgment; (c) Exhibits B through E to the Declaration of Amy E. Craig; (d) the unredacted version of the Declaration of Carol Ostermann in Support of Defendants' Reply in Support of their Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: 03/29/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE