**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, | **No. C 04-0874 RS** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GOOD SAMARITAN L.P., et al, | |
| Defendants. | |

Based on the order issued herewith, granting defendants' motions for summary judgment, the Court enters judgment in favor of defendants and against plaintiff in the above-entitled action.

IT IS SO ORDERED.

Dated: 03/29/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1