| | |
|---|---|
| **1** | Thad A. Davis (SBN 220503) |
| **2** | Michael Li-Ming Wong (SBN 194130) |
| | Amy E. Craig (*pro hac vice*) |
| **3** | ROPES & GRAY LLP |
| | One Embarcadero Center, Suite 2200 |
| **4** | San Francisco, CA 94111-3711 |
| | Telephone: (415) 315-6300 |
| **5** | Facsimile: (415) 315-6350 |
| **6** | Attorneys for Defendants |
| **7** | |
| | James A. Hennefer (SBN 059490) |
| **8** | HENNEFER, FINLEY & WOOD, LLP |
| | 425 California Street, 19th Floor |
| **9** | San Francisco, CA 94194-2296 |
| | Telephone: (415) 421-1815 |
| **10** | Facsimile: (415) 421-1815 |
| **11** | |
| | Attorney for Plaintiff |

*E-Filed 4/6/10*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard B. Fox, | Case No. C 04-00874 RS |
| Plaintiff, | [Consolidated for all purposes with Case No. 08 CV 01098 RS] |
| v. | **STIPULATION AND REQUEST FOR ORDER ENLARGING TIME FOR A MOTION FOR ATTORNEY'S FEES AND [PROPOSED] ORDER** |
| Good Samaritan Hospital, Good Samaritan Hospital Medical Staff, Good Samaritan Hospital LP, Samaritan, LLC, HCA Inc., William Piché, Paul N Beaupre, M.D., Arthur W Douville, M.D., Mark S McConnell, M.D., Kenneth I Tan, M.D. | Date: N/A<br>Time: N/A<br>Place: Courtroom 3, Seventeenth Floor |
| Defendants. | Hon. Judge Richard Seeborg |
| AND CONSOLIDATED CASE | |

All parties to this action, through their respective counsel, hereby stipulate and request, pursuant to stipulation under Civil Local Rules 6-2 and 7-12, that the Court enter an order enlarging the time for Defendants to file a Motion for Attorney's Fees pursuant to Federal Rule of Civil Procedure 54(d)(2) and Civil Local Rule 54-5 and for Plaintiff to file a responsive motion. The changing of these dates will not change the date for trial as the Court entered judgment in favor of the Defendants on March 29, 2010 (Doc. No. 449) and will not change the date for Plaintiff to file a Notice of Appeal.

The following background, supported, in compliance with Civil Local Rule 6-2 by the Declaration of Amy E. Craig filed herewith, sets forth the reasons for the requested change of dates, previous time modifications in the past, and the effect of the requested time modifications on the schedule for the case. Specifically, the Court is requested to issue the following Order:

1. Defendants shall file a Motion for Attorney's Fees pursuant to Federal Rule of Civil Procedure 54(d)(2) and Civil Local Rule 54-5 on or before April 19, 2010.
2. Plaintiff shall file a responsive motion to Defendants' Motion for Attorney's Fees on or before May 10, 2010.

So stipulated and respectfully submitted:

Dated: April 5, 2010                ROPES & GRAY LLP

                                    By: /s/ Thad A. Davis
                                        THAD A. DAVIS
                                        Attorneys for All Defendants

Dated: April 5, 2010                SHANNON, MARTIN, FINKELSTEIN &
                                    ALVARADO, P.C.

                                    By: /s/ George A. Shannon, Jr.
                                        GEORGE A. SHANNON, JR.
                                        Attorneys for Defendant HCA Inc.

Dated: April 5, 2010                HARDY ERICH BROWN & WILSON

                                    By: /s/ David L. Perrault
                                        DAVID L. PERRAULT

Attorneys for All Defendants

Dated: April 5, 2010                    HENNEFER FINLEY & WOOD LLP

                                        By: /s/ James A. Hennefer
                                            JAMES A. HENNEFER
                                            Attorneys for Richard B. Fox, M.D.

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 4/6/10                           _____
                                        Honorable Richard Seeborg
                                        United States District Court Judge

**CERTIFICATION BY THAD A. DAVIS PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am a lawyer licensed to practice law in the State of California, am a partner in the law firm of Ropes & Gray LLP, and represent all defendants in this action. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filing document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this document with the Court. Pursuant to Northern District of California General Order 45(X), I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on April 5, 2010.

                                                    /s/ *Thad A Davis*
                                                  Thad A. Davis